United States Court of Appeals

For the Eighth Circuit

_____

No. 24-3271

_____

United States of America

*Plaintiff - Appellee*

v.

Kobe Iziah Powell

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: April 4, 2025
Filed: April 9, 2025
[Unpublished]
_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Kobe Powell appeals after the district court[1] revoked his supervised release and sentenced him to 10 months in prison with no further supervised release. His counsel

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

has moved to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

After careful review of the record, we conclude the district court did not abuse its discretion in imposing the revocation sentence. See United States v. Miller, 557 F.3d 910, 915-17 (8th Cir. 2009) (standard of review). There is no indication the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. See United States v. Larison, 432 F.3d 921, 922-24 (8th Cir. 2006) (reciting considerations to discern whether revocation sentence is unreasonable). Moreover, the revocation sentence is within the Guidelines range and accorded a presumption of substantive reasonableness on appeal. See United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008).

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

_____